**Lenir RICHARDSON, Plaintiff—Appellant,**

**v.**

**METRO TRANSIT AUTHORITY; Pentagon Police Department; Defense Department; George W. Bush, the defendant, et al., Defendants—Appellees.**

No. 08–1200.

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2008.

Decided: May 27, 2008.

Lenir Richardson, Appellant Pro Se.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lenir Richardson appeals a district court order summarily dismissing her civil rights complaint. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. *Richardson v. Metro Transit Auth.*, No. 1:07–cv–01281–LMB–TRJ (E.D. Va. filed Jan. 22, 2008; entered Jan. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*